Filed 7/19/21  P. v. Pena CA2/6

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>ANDRES PENA,<br><br>    Defendant and Appellant. | 2d Crim. No. B306312<br>(Super. Ct. No. 2018024652)<br>(Ventura County) |

In October 2018, Andres Pena pled guilty to resisting an executive officer (Pen. Code, § 69, subd. (a)) and evading a peace officer (Veh. Code, § 2800.1, subd. (a)).  He also admitted that he had served a prior prison term (Pen. Code, § 667.5, subd. (b)).  The trial court suspended imposition of sentence and ordered Pena to serve three years of formal probation.  The court also ordered him to pay a $300 public defender fee (Gov. Code, § 27712) and $534.48 booking fee (Gov. Code, § 29550).

In March 2020, the trial court revoked probation after Pena admitted that he had violated its terms and conditions.  The court then struck Pena's prison prior pursuant to

Senate Bill No. 136 (2019-2020 Reg. Sess.) (see *People v. Jennings* (2019) 42 Cal.App.5th 664, 681 [effective January 1, 2020, prior prison term sentence enhancement applies only to term served for sexually violent offense]), and sentenced him to eight months in state prison. It converted "[a]ny previously ordered fines and fees [to] . . . civil judgments."

On appeal, Pena contends, and the Attorney General concedes, that the civil judgments requiring him to pay the public defender fee and booking fee are no longer enforceable pursuant to Assembly Bill No. 1869 (2020-2021 Reg. Sess.). We agree. (Gov. Code, § 6111, subd. (a).) The unpaid balances of those fees are uncollectible, and the judgments requiring their payment must be vacated. (*Ibid.*)

## DISPOSITION

The portions of the civil judgments requiring Pena to pay a $300 public defender fee and $534.48 booking fee are vacated. Except as so modified, the judgment is affirmed.

<u>NOT TO BE PUBLISHED.</u>

TANGEMAN, J.

We concur:

GILBERT, P. J.

PERREN, J.

2

Nancy L. Ayers, Judge

Superior Court County of Ventura

_____

Richard B. Lennon, under appointment by the Court of Appeal, for Defendant and Appellant.

Rob Bonta, Attorney General, Lance E. Winters, Chief Assistant Attorney General, Susan Sullivan Pithey, Assistant Attorney General, Michael R. Johnsen and Toni R. Johns Estaville, Deputy Attorneys General, for Plaintiff and Respondent.